# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133758

DAWN SCHMIDT,
          Plaintiff-Appellee,

v

ROB SHAFINIA, a/k/a BROB
SHAFINIA, D.O., and CITY
MEDICAL, P.C.,
          Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133758
COA: 276304
Oakland CC: 2006-077141-NH

      On order of the Court, the application for leave to appeal the March 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

l0723